# Exhibit A

**USE ONLY FOR ADMINISTRATIVE EXPENSE CLAIMS**

| UNITED STATES BANKRUPTCY COURT  DISTRICT OF DELAWARE | ADMINISTRATIVE EXPENSE PROOF OF CLAIM FORM |
|---|---|

**Administrative Expense Claim Request**

Debtor against which claim is asserted: (check one)

[✓] Avenue Stores, LLC (Case No. 19-11842)

[ ]   [ ]

[ ]   [ ]

**NOTE: This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense pursuant to 11 U.S.C. § 503, including claims arising under section 503(b)(9) of the Bankruptcy Code.**

**THIS SPACE IS FOR COURT USE ONLY.**

Name of Creditor (the person or other entity to whom the debtor owes money or property):

WHITE OAK COMMERCIAL FINANCE, LLC (FACTOR FOR WOODLAND TRADING)

[ ] Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

WHITE OAK COMMERCIAL FINANCE, LLC
ATTN: JANICE ESPINAL
225 NE MIZNER BLVD SUITE 301
BOCA RATON, FL 33432

Telephone number:  954-660-7402

**Court Claim Number:_____**
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

||||||||||||||||  191184280000270

☒ Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] Copy Provided

Telephone number:

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your administrative expense claim. Attach copy of statement giving particulars.

**IMPORTANT:** Please list the name and address of any property related to your claim (if applicable).

Property Name:_____

Property Address:_____

**1. Basis for Claim:** GOODS SOLD
(See instruction #2 on reverse side.)

**2. Last four digits of any number by which creditor identifies debtor:** AVENU076621

**3. TOTAL AMOUNT OF ADMINISTRATIVE EXPENSE CLAIM:**    $   75,818.50

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of all interest or additional charges.

**(Total)**

**4. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**

RECLAMATION

**5. Is all or part of the claim pursuant to 11 U.S.C. § 503(b)(9)?**    [ ] No    [✓] Yes.

If Yes, indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation identifying which of the Debtors such goods were shipped to and date such goods were received by such Debtors, state whether the value of the goods asserted in the Proof of Claim represents a combination of goods and services and, if applicable, the percentage of alleged value related to services and related to goods, and attach any documentation identifying the particular invoices for which the section 503(b)(9) claim is being asserted.

$ 75,818.50

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this administrative expense proof of claim.

**7. Supporting Documents:** Attached are **redacted** copies of any documents that support the administrative expense claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A).

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your administrative expense proof of claim, enclose a stamped, self-addressed envelope and copy of this administrative expense proof of claim.

**THIS SPACE IS FOR COURT USE ONLY.**

**RECEIVED**

**OCT 07 2019**

**PRIME CLERK LLC**

**IF SENT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER, SEND TO:**

**Avenue Stores, LLC Claims Processing Center**
**c/o Prime Clerk LLC**
**850 3rd Avenue, Suite 412**
**Brooklyn, NY 11232**
Please see instructions on back of Administrative Expense Proof of Claim

| **Date:** 10/1/2019 | **Signature:** the person filing this administrative expense claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this administrative expense claim and state address and telephone number if different from the notice address above. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

56181/0001-14329632v1

**Claim Number: 157**

**Woodland Trading INC**
**1407 Broadway Suite 801**
**New York, NW 10018**

**8/29/19**

**Via E-mail and FEDEX**

**Avenue Stores, LLC**
**365 W Passaic Street #230**
**Rochelle Park, NJ 07662**
Attn: [SPECIFIC OFFICER OF BUYER]

Re:    <u>Demand for Reclamation of Goods Pursuant to UCC § 2-702</u>

Dear Avenue Stores, LLC

Demand is hereby made upon **Avenue Stores, LLC** ("**Avenue Stores, LLC**") pursuant to UCC § 2-702 (or such comparable statute of such other State as is determined to be applicable by a court of competent jurisdiction) for the return of goods invoiced to **Avenue Stores, LLC** under the invoices listed on the accompanying schedule **[, a copy of said invoices enclosed herewith,]** (collectively, the "Invoices") and received by **Avenue Stores, LLC** within the statutory time frames set forth therein (collectively, the "Invoiced Goods"). Upon information and belief, **Avenue Stores, LLC** was insolvent at the time that it received delivery of the Invoiced Goods.

**Avenue Stores, LLC** is further advised that we revoke the credit terms set forth in the Invoices for the Invoiced Goods and demand their immediate return to the undersigned because of **Avenue Stores, LLC** insolvency. In the interim, we demand that **Avenue Stores, LLC** immediately segregate the Invoiced Goods and provide the undersigned with a written inventory thereof.

Please take notice that these goods are not to be sold, used or otherwise transferred.

By making this demand, **Woodland Trading Inc**. does not intend to, and shall not be deemed to, waive any rights, remedies and/or claims, at law or in equity, and all other such rights, remedies and claims are hereby reserved.

This demand is not intended to be and shall not be construed as an election of remedy, a waiver of any past, present or future defaults or events of default, or a waiver or limitation of any right of **Woodland Trading Inc**. **Woodland Trading Inc**. also reserves its right to amend, supplement or otherwise modify this reclamation demand, including filing additional evidence in support of this reclamation demand, or to file additional reclamation demands or claims.

This demand incorporates any previously served demands that are not inconsistent herewith.

Please contact the undersigned to arrange for immediate return of the Invoiced Goods.

Very truly yours,

**Woodland Trading Inc.**

By: _____

 **Sudhir Kakar**
**President**

| | White Oak Commercial Finance  Statement of Account | | | | | | | |
| Customer Name | Vendor Name | PO Number | Invoice# | Invoice Date | Terms | Due Date | Item Amount | |
|---|---|---|---|---|---|---|---|---|
| AVENUE, LLC | WOODLAND TRADING | 352734 | 27564 | 7/8/2019 | NET 7 DAYS | 7/15/2019 | $ | 16,237.50 |
| AVENUE, LLC | WOODLAND TRADING | 329699 | 27572 | 7/10/2019 | NET 7 DAYS | 7/17/2019 | $ | 7,930.00 |
| AVENUE, LLC | WOODLAND TRADING | 329744 | 27573 | 7/10/2019 | NET 7 DAYS | 7/17/2019 | $ | 3,498.00 |
| AVENUE, LLC | WOODLAND TRADING | 329708 | 27580 | 7/15/2019 | NET 7 DAYS | 7/22/2019 | $ | 6,972.00 |
| AVENUE, LLC | WOODLAND TRADING | 329680 | 27581 | 7/15/2019 | NET 7 DAYS | 7/22/2019 | $ | 6,346.75 |
| AVENUE, LLC | WOODLAND TRADING | 329661 | 27582 | 7/15/2019 | NET 7 DAYS | 7/22/2019 | $ | 13,978.75 |
| AVENUE, LLC | WOODLAND TRADING | 329670 | 27583 | 7/15/2019 | NET 7 DAYS | 7/22/2019 | $ | 4,624.25 |
| AVENUE, LLC | WOODLAND TRADING | 329753 | 27625 | 7/22/2019 | NET 7 DAYS | 7/29/2019 | $ | 5,896.25 |
| AVENUE, LLC | WOODLAND TRADING | 329735 | 27626 | 7/22/2019 | NET 7 DAYS | 7/29/2019 | $ | 10,335.00 |
| | | | | | | | $ | 75,818.50 |

# WOODLAND TRADING INC

1407 BROADWAY SUITE 801
NEW YORK NY 10018
TEL: (212) 819-0123
FAX: (212) 819-0080
E-mail: woodlandtrading@yahoo.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/8/2019 | 27564 |

| Bill To |
|---------|
| Avenue Stores LLC<br>365 W Passaic Street #230<br>Rochelle Park, NJ 07662 |

| Ship To |
|---------|
| Avenue Stores/Com<br>1501 Experiment Farm Rd<br>Troy, Ohio 45373 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | Dept No. | Other |
|----------|-------|-----|-----------|----------|----------|-------|
| 352734 | Net 7 | | 7/1/2019 | K.F. Trucking | 34 | #B16406 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 4282 | BLK CROCHET BACK CARDIGAN | 759 | 12.50 | 9,487.50 |
| 4282 | OFF WHT/BONE CROCHET BACK CARDIGAN | 540 | 12.50 | 6,750.00 |

Thank you! We appreciate your business.
Please remit payment to:
Woodland Trading Inc
1407 Broadway Suite# 801
New York, NY, 10018

| | |
|---|---|
| **Total** | $16,237.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $16,237.50 |

Date: 7/1/19

# BILL OF LADING

Page _____

## SHIP FROM

Name: WOODLAND TRADING INC

Address: 4014 1ST AVENUE, BUILDING#26

City/State/Zip: BROOKLYN, NY 11232

Phone#: 718-788-0979                FOB ☐

Bill of Lading Number: _____

## SHIP TO

Name: AVENUE COM

Address: 1501 EXPERIMENT FARM ROAD

City/State/Zip: TROY, OH 45373

FOB ☐

CARRIER NAME: KING F TRUCKING
PICKUP#11524183

SCAC:

Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name:

Address:

City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid _____    Collect _____    3rd Party _____

☐  Master Bill of Lading with attached
(check box)  underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO#352734 | 34 | 1324 LBS | Y | N | DEPT#34 STYLE#4282 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 34 | 1324 LBS | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 2 | PLT | 34 | CTN | 1324 LBS | | LADIES KNIT CLOTHING | | |
| | | | | | | | | |
| | | | | | | | | |
| 2 | | 34 | | 1324 LBS | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $ _____

Fee Terms:  Collect: ☐  Prepaid: ☐

Customer check acceptable. ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature _____

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Trailer Loaded
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placard. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order except as noted.

# WOODLAND TRADING INC

1407 BROADWAY SUITE 801
NEW YORK NY 10018
TEL: (212) 819-0123
FAX: (212) 819-0080
E-mail: woodlandtrading@yahoo.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/10/2019 | 27572 |

**Bill To**

Avenue Stores LLC
365 W Passaic Street #230
Rochelle Park, NJ 07662

**Ship To**

Avenue Stores/Com
1501 Experiment Farm Rd
Troy, Ohio 45373

| P.O. No. | Terms | Rep | Ship Date | Ship Via | Dept No. | Other |
|----------|-------|-----|-----------|----------|----------|-------|
| 329699 | Net 7 | | 7/9/2019 | K.F. Trucking | 11 | #B16338 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 6322 | DEEP SS LADDER FRT LAGOON GEO F&F | 610 | 13.00 | 7,930.00 |

Thank you!  We appreciate your business.
Please remit payment to:
Woodland Trading Inc
1407 Broadway Suite# 801
New York, NY, 10018

| | |
|---|---|
| **Total** | $7,930.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,930.00 |

Date: 7/9/19

# BILL OF LADING

Page _____

**SHIP FROM**

Name WOODLAND TRADING INC

Address 4014 1ST AVENUE BUILDING#26

City/State/Zip BROOKLYN, NY 11232

Phone# 718-788-0979                FOB ☐

Bill of Lading Number: _____

**SHIP TO**

Name AVENUE COM

Address 1501 EXPERIMENT FARM ROAD

City/State/Zip TROY, OH 45373

FOB ☐

CARRIER NAME  KING F TRUCKING
PICKUP#21527131

SCAC:

Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name

Address

City/State/Zip

SPECIAL INSTRUCTIONS

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid _____    Collect _____    3RD Party _____

☐ check box

Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO#329699 | 22 | 796 LBS | Y | N | DEPT#11 STYLE#6322 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 22 | 796 LBS | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 1 | PLT | 22 | CTN | 796 LBS | | LADIES KNIT CLOTHING | | |
| 1 | | 22 | | 796 LBS | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____"

COD Amount: $ _____

Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____  Shipper

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

# WOODLAND TRADING INC

1407 BROADWAY SUITE 801
NEW YORK NY 10018
TEL: (212) 819-0123
FAX: (212) 819-0080
E-mail: woodlandtrading@yahoo.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/10/2019 | 27573 |

**Bill To**

Avenue Stores LLC
365 W Passaic Street #230
Rochelle Park, NJ 07662

**Ship To**

Avenue Stores/Com
1501 Experiment Farm Rd
Troy, Ohio 45373

| P.O. No. | Terms | Rep | Ship Date | Ship Via | Dept No. | Other |
|----------|-------|-----|-----------|----------|----------|-------|
| 329744 | Net 7 | | 7/9/2019 | K.F. Trucking | 11 | #V4842 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 6317 | FINE WINE SS TEXTURED F&F | 264 | 13.25 | 3,498.00 |

Thank you!  We appreciate your business.
Please remit payment to:
Woodland Trading Inc
1407 Broadway Suite# 801
New York, NY, 10018

| | |
|---|---|
| **Total** | $3,498.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,498.00 |

Date: 7/9/19

# BILL OF LADING

Page _____

**SHIP FROM**

Name: WOODLAND TRADING INC

Address: 4014 1ST AVENUE BUILDING#26

City/State/Zip: BROOKLYN NY 11232

Phone#: 718-788-0979

FOB ☐

Bill of Lading Number: _____

**SHIP TO**

Name: AVENUE STORE

Address: 1501 EXPERIMENT FARM ROAD

City/State/Zip: TROY OH 45373

FOB ☐

CARRIER NAME: KING F TRUCKING
PICKUP#21527131

SCAC:

Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name

Address

City/State/Zip

SPECIAL INSTRUCTIONS

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid _____   Collect _____   3rd Party _____

☐ Master Bill of Lading with attached
underlying Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | | ADDITIONAL SHIPPER INFO |
| PO#329744 | 11 | 310 LBS | Y | N | DEPT#11 STYLE#6317 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 11 | 310 LBS | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | | NMFC # | CLASS |
| 1 | PLT | 11 | CTN | 310 LBS | | LADIES KNIT CLOTHING | | |
| 1 | | 11 | | 310 LBS | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ "

COD Amount: $ _____

Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded
☐ By Shipper
☐ By Driver

Freight Counted
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/pieces

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

# WOODLAND TRADING INC

1407 BROADWAY SUITE 801
NEW YORK NY 10018
TEL: (212) 819-0123
FAX: (212) 819-0080
E-mail: woodlandtrading@yahoo.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2019 | 27580 |

**Bill To**

Avenue Stores LLC
365 W Passaic Street #230
Rochelle Park, NJ 07662

**Ship To**

Avenue Stores/Com
1501 Experiment Farm Rd
Troy, Ohio 45373

| P.O. No. | Terms | Rep | Ship Date | Ship Via | Dept No. | Other |
|----------|-------|-----|-----------|----------|----------|-------|
| 329708 | Net 7 | | 7/11/2019 | Tri-Cap | 11 | #V4840 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 6321 | MUTLI 3Q TR SLV FALL FLORAL WRAP BELL SLV | 498 | 14.00 | 6,972.00 |

Thank you!  We appreciate your business.
Please remit payment to:
Woodland Trading Inc
1407 Broadway Suite# 801
New York, NY, 10018

| | |
|---|---|
| **Total** | $6,972.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,972.00 |

# WOODLAND TRADING INC

1407 BROADWAY SUITE 801
NEW YORK NY 10018
TEL: (212) 819-0123
FAX: (212) 819-0080
E-mail: woodlandtrading@yahoo.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2019 | 27581 |

| Bill To | Ship To |
|---------|---------|
| Avenue Stores LLC<br>365 W Passaic Street #230<br>Rochelle Park, NJ 07662 | Avenue Stores/Com<br>1501 Experiment Farm Rd<br>Troy, Ohio 45373 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | Dept No. | Other |
|----------|-------|-----|-----------|----------|----------|-------|
| 329680 | Net 7 | | 7/11/2019 | Tri-Cap | 11 | #B16343 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 6316 | TAN/NEUTRAL SS VARIGATED ANIMAL PRT F&F | 479 | 13.25 | 6,346.75 |

Thank you!  We appreciate your business.
Please remit payment to:
Woodland Trading Inc
1407 Broadway Suite# 801
New York, NY, 10018

| | |
|---|---|
| **Total** | $6,346.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,346.75 |

IN: 2:35
OUT: 3:00

# BILL OF LADING

Date: 7/10/2019

Page ___

## SHIP FROM
Name: WOODLAND TRADING INC. C/O SPEEDLINE WAREHOUSE
Address: 780 E WATSON CENTER ROAD
City/State/Zip: CARSON, CA 90745

Phone: ___

FOB ☐

Bill of Lading Number: ___

## SHIP TO
Name: AVENUE.COM
Address: 1501 EXPERIMENT FARM ROAD
City/State/Zip: TROY, OH 45373

FOB ☐

CARRIER NAME: TRI-CAP
PICKUP#31527654

SCAC
Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO:
Name: ___
Address: ___
City/State/Zip: ___
SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

| Prepaid | Collect | 3rd Party |
|---|---|---|
| ☐ | | |

☐ Master Bill of Lading with attached underlying Bills of Lading
(check box)

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| | | | (circle one) | | |
| | | | Y | N | |
| PO#329708 | 18 | 475 LBS | Y | N | DEPT#11;STYLE#6321 |
| PO#329680 | 20 | 616 LBS | Y | N | DEPT#11;STYLE#6316 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 38 | 1091 LBS | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 2 | PLT | 38 | CTN | 1091 LBS | | LADIES KNIT CLOTHING | | |
| 2 | | 38 | | 1091 LBS | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___."

| COD Amount: $ |
|---|
| Fee Terms: Collect: ☐   Prepaid: ☐ |
| Customer check acceptable: ☐ |

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

Signature

## SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By shipper
☐ By driver

Freight Counted:
☐ By shipper
☐ By driver/pallets said to contain
☐ By driver/pieces

## CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

7-11-19

7/11/19   2 plts  38 ctns

38 BXS
on 2 PLTS

7-11-19

# WOODLAND TRADING INC

1407 BROADWAY SUITE 801
NEW YORK NY 10018
TEL: (212) 819-0123
FAX: (212) 819-0080
E-mail: woodlandtrading@yahoo.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2019 | 27582 |

**Bill To**

Avenue Stores LLC
365 W Passaic Street #230
Rochelle Park, NJ 07662

**Ship To**

Avenue Stores/Com
1501 Experiment Farm Rd
Troy, Ohio 45373

| P.O. No. | Terms | Rep | Ship Date | Ship Via | Dept No. | Other |
|----------|-------|-----|-----------|----------|----------|-------|
| 329661 | Net 7 | | 7/11/2019 | Tri-Cap | 11 | #B16341 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 6316 | TAN/NEUTRAL SS VARIGATED ANIMAL PRT F&F | 1,055 | 13.25 | 13,978.75 |

Thank you!  We appreciate your business.
Please remit payment to:
Woodland Trading Inc
1407 Broadway Suite# 801
New York, NY, 10018

| | |
|---|---|
| **Total** | $13,978.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,978.75 |

# WOODLAND TRADING INC

1407 BROADWAY SUITE 801
NEW YORK NY 10018
TEL: (212) 819-0123
FAX: (212) 819-0080
E-mail: woodlandtrading@yahoo.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2019 | 27583 |

| Bill To |
|---------|
| Avenue Stores LLC<br>365 W Passaic Street #230<br>Rochelle Park, NJ 07662 |

| Ship To |
|---------|
| Avenue Stores/Com<br>1501 Experiment Farm Rd<br>Troy, Ohio 45373 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | Dept No. | Other |
|----------|-------|-----|-----------|----------|----------|-------|
| 329670 | Net 7 | | 7/11/2019 | Tri-Cap | 11 | #B16342 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 6316 | TAN/NEUTRAL SS VARIGATED NAIMAL PRT F&F | 349 | 13.25 | 4,624.25 |

Thank you!  We appreciate your business.
Please remit payment to:
Woodland Trading Inc
1407 Broadway Suite# 801
New York, NY, 10018

| | |
|---|---|
| **Total** | $4,624.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,624.25 |

IN: 2:35
OUT: 3:00 pm

# BILL OF LADING

Date: 7.10.2019

Page

## SHIP FROM

Name: WOODLAND TRADING INC. C/O SPEEDLINE WAREHOUSE
Address: 720 E WATSON CENTER ROAD
City/State/Zip: CARSON, CA 90745
Phone#

FOB ☐

Bill of Lading Number:

## SHIP TO

Name: AVENUE STORE
Address: 701 EXPERIMENT FARM ROAD
City/State/Zip: TROY, OH 45373

FOB ☐

CARRIER NAME: TRI-CAP
PICKUP#31527654

SCAC:

Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid _____ Collect _____ 3rd Party _____
☐ Master Bill of Lading: with attached underlying Bills of Lading
(check box)

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO#32968 | 35 | 1159 LBS | Y | N | DEPT#11,STYLE#6316 |
| PO#329670 | 16 | 453 LBS | Y | N | DEPT#11,STYLE#6316 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 51 | 1612 LBS | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 2 | SLT | 51 | CTN | 1612 LBS | | LADIES KNIT CLOTHING | | |
| 2 | | 51 | | 1612 LBS | | GRAND TOTAL | | |

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

SHIPPER SIGNATURE / DATE

Sam

CARRIER SIGNATURE / PICKUP DATE

GMSTO    7-11-19

51 CTNS
On 2 PLTS

# WOODLAND TRADING INC

1407 BROADWAY SUITE 801
NEW YORK NY 10018
TEL: (212) 819-0123
FAX: (212) 819-0080
E-mail: woodlandtrading@yahoo.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2019 | 27625 |

**Bill To**

Avenue Stores LLC
365 W Passaic Street #230
Rochelle Park, NJ 07662

**Ship To**

Avenue Stores/Com
1501 Experiment Farm Rd
Troy, Ohio 45373

| P.O. No. | Terms | Rep | Ship Date | Ship Via | Dept No. | Other |
|----------|-------|-----|-----------|----------|----------|-------|
| 329753 | Net 7 | | 7/18/2019 | Tri-Cap | 11 | #V4843 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 6317 | FINE WINE SS TEXTURED F&F | 445 | 13.25 | 5,896.25 |

Thank you!  We appreciate your business.
Please remit payment to:
Woodland Trading Inc
1407 Broadway Suite# 801
New York, NY, 10018

| | |
|---|---|
| **Total** | $5,896.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,896.25 |

Date: 7/17/2019

# BILL OF LADING

Page _____

**SHIP FROM**

Name: WOODLAND TRADING INC. C/O SPEEDLINE WAREHOUSE
Address: 720 E WATSON CENTER ROAD
City/State/Zip: CARSON, CA 90745
Phone#:

FOB: ☐

Bill of Lading Number: _____

**SHIP TO**

Name: AVENUE.COM
Address: 1501 EXPERIMENT FARM ROAD
City/State/Zip: TROY, OH 45373

FOB: ☐

CARRIER NAME: **TRI-CAP**
PICKUP#31530414

SCAC:

Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:

Address:

City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect _____    3rd Party _____

☐    Master Bill of Lading: with attached
(check box)    underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO#329753 | 18 | 554 LBS | Y | N | DEPT#11;STYLE#6317 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 18 | 554 LBS | Y | N | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 1 | PLT | 18 | CTN | 554 LBS | | LADIES' KNIT CLOTHING | | |
| 1 | | 18 | | 554 LBS | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. Ú 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $ _____

Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Sam* 7/18/19

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

*Ernesto* 7-18-19

1plt
18 ctns.

18 B+5    7-18-19
ON 1 PLT

# WOODLAND TRADING INC

1407 BROADWAY SUITE 801
NEW YORK NY 10018
TEL: (212) 819-0123
FAX: (212) 819-0080
E-mail: woodlandtrading@yahoo.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2019 | 27626 |

**Bill To**

Avenue Stores LLC
365 W Passaic Street #230
Rochelle Park, NJ 07662

**Ship To**

Avenue Stores/Com
1501 Experiment Farm Rd
Troy, Ohio 45373

| P.O. No. | Terms | Rep | Ship Date | Ship Via | Dept No. | Other |
|----------|-------|-----|-----------|----------|----------|-------|
| 329735 | Net 7 | | 7/18/2019 | Tri-Cap | 11 | #V4841 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 6317 | FINE WINE SS TEXTURED F&F | 780 | 13.25 | 10,335.00 |

Thank you!  We appreciate your business.
Please remit payment to:
Woodland Trading Inc
1407 Broadway Suite# 801
New York, NY, 10018

| | |
|--|--|
| **Total** | $10,335.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,335.00 |

Date: 7/17/2019

# BILL OF LADING

Page _____

### SHIP FROM

Name: WOODLAND TRADING INC. C/O SPEEDLINE WAREHOUSE

Address: 720 E.WATSON CENTER ROAD

City/State/Zip: CARSON, CA 90745

Phone#:

FOB: ☐

Bill of Lading Number: _____

### SHIP TO

Name: AVENUE STORE

Address: 1501 EXPERIMENT FARM ROAD

City/State/Zip: TROY, OH 45373

FOB: ☐

CARRIER NAME: TRI-CAP
PICKUP#31530414

SCAC:

Pro number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name:

Address:

City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid _____    Collect _____    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO#329735 | 26 | 801 LBS | Y | N | DEPT#11;STYLE#6317 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | 26 | 801 LBS | Y | N | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 1 | PLT | 26 | CTN | 801 LBS | | LADIES' KNIT CLOTHING | | |
| 1 | | 26 | | 801 LBS | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

COD Amount: $ _____

Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. □ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Sam    7/18/19*

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted

*Ernesto*

*1 plt
26 ctns.*

*26 B+s
on 2 plts    7-18-19*

**225 NE Mizner Blvd, Suite 301**
**Boca Raton, FL 33432**
**PH: 954-660-7402**

# WHITE OAK COMMERCIAL FINANCE, LLC

October 1, 2019

RETURN RECEIPT REQUESTED

Avenue Stores, LLC Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

CASE#:        19-11842

      CUSTOMER:        Avenue Stores, LLC
                      365 W. Passaic Street
                      Rochelle Park, NJ 07662

      CUSTOMER #:        AVENU076621

Gentlemen:

Enclosed is our Proof of Claim in the amount of $ 75,818.50  in the above referenced bankruptcy case.
We would appreciate acknowledgment of the receipt and filing of our claim.
Enclosed is a stamped, self-addressed envelope for this purpose.

Thank you for your cooperation.

Very truly yours,

Shernel D. Jean-Pierre, VP

Enclosures





**WHITE OAK**
COMMERCIAL FINANCE
225 NE Mizner Blvd, Suite 301
Boca Raton, FL 33432

7001 2510 0006 1908 5010



$ 004.50°
MAILED FROM ZIP CODE 33432

Avenue Stores, LLC  Claims Processing Center
C/O Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, N.Y. 11232

RECEIVED
OCT 07 2019
PRIME CLERK LLC