# Exhibit B

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

WOODLAND TRADING INC
1407 BROADWAY SUITE
801  NEW YORK NY 10018

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684729 | 05/22/2019 | 05/30/2019 | $ 24,099.10 | 034994-2019 | 05/13/2019 | -$ 1,305.25 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | 12558-2019 | 05/06/2019 | - 117.20 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | 12571-2019 | 05/07/2019 | - 168.00 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | 27183-2019 | 04/29/2019 | 7,923.55 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | 27185-2019 | 04/29/2019 | 6,388.91 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | 27186-2019 | 04/29/2019 | 7,248.75 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | 27303-2019 | 05/14/2019 | 5,152.17 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | 948-79612-2019 | 05/09/2019 | - 10.50 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | PT0023259-2019 | 05/09/2019 | - 79.46 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | PT0023284-2019 | 05/09/2019 | - 629.29 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | PT0023311-2019 | 05/16/2019 | - 117.12 |
| 684729 | 05/22/2019 | 05/30/2019 | 24,099.10 | PT0023343-2019 | 05/16/2019 | - 187.46 |
| 685139 | 05/29/2019 | 06/05/2019 | 19,559.84 | 27248-2019 | 05/08/2019 | 16,434.37 |
| 685139 | 05/29/2019 | 06/05/2019 | 19,559.84 | 27249-2019 | 05/08/2019 | 9,232.36 |
| 685139 | 05/29/2019 | 06/05/2019 | 19,559.84 | 901181 | 05/13/2019 | - 6,000.00 |
| 685139 | 05/29/2019 | 06/05/2019 | 19,559.84 | PT0023394-2019 | 05/23/2019 | - 106.89 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 035060-2019 | 06/03/2019 | - 2,452.76 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 035108-2019 | 06/03/2019 | - 398.19 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27250-2019 | 05/08/2019 | 14,179.13 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27374-2019 | 05/28/2019 | 14,081.17 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27375-2019 | 05/28/2019 | 5,130.43 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27376-2019 | 05/28/2019 | 7,666.40 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27377-2019 | 05/28/2019 | 5,695.06 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27378-2019 | 05/28/2019 | 23,865.19 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27379-2019 | 05/28/2019 | 9,648.66 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27380-2019 | 05/28/2019 | 9,513.96 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27381-2019 | 05/28/2019 | 10,113.95 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27382-2019 | 05/28/2019 | 979.56 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27383-2019 | 05/28/2019 | 3,734.56 |
| 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27384-2019 | 05/28/2019 | 12,195.52 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 42 | 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | 27385-2019 | 05/28/2019 | 3,489.67 |
| 43 | 685531 | 06/05/2019 | 06/11/2019 | 117,337.03 | PT0023459-2019 | 05/30/2019 | - 105.28 |
| 44 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | 12600-2019 | 05/15/2019 | - 115.80 |
| 45 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | 12652-2019 | 05/30/2019 | - 104.75 |
| 46 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | 27373-2019 | 05/28/2019 | 9,918.04 |
| 47 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | 27430-2019 | 06/03/2019 | 18,723.65 |
| 48 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | 27433-2019 | 06/04/2019 | 9,547.99 |
| 49 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | 27434-2019 | 06/04/2019 | 10,704.42 |
| 50 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | 27435-2019 | 06/04/2019 | 10,442.29 |
| 51 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | 901181REV | 06/06/2019 | 4,000.00 |
| 52 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | 954-79612-2019 | 06/06/2019 | - 67.50 |
| 53 | 685652 | 06/12/2019 | 06/18/2019 | 62,998.98 | PT0023501-2019 | 06/06/2019 | - 49.36 |
| 54 | TOTAL | | | $ 223,994.95 | 25 | | |